**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6939**

---

PRICE THOMPSON,

        Petitioner - Appellant,

    v.

WARDEN RAY,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00217-JPB-JPM)

---

Submitted:  June 28, 2024                      Decided:  September 3, 2024

---

Before WYNN and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Price Thompson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Price Thompson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Thompson v. Ray*, No. 5:23-cv-00217-JPB-JPM (N.D.W. Va. Sept. 12, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*